# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

U.S.A. vs **Michael Prudhomme**  Docket No. 1084 1:21-00210M-001BPB

Petition for Action on Conditions of Pretrial Release

COMES NOW **Krystle Avrit** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Michael Prudhomme** who was placed under pretrial release supervision by the Honorable Steven C. Yarbrough, United States Magistrate Judge**,** sitting in the court at **Albuquerque New Mexico**, on April 5, 2021, with conditions which included the following:

1. (1): The defendant must not violate federal, state, or local law while on release.

2. (7)(p): The defendant must participate in one of the following location restriction programs and comply with its requirements as directed – Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On May 10, 2021, the defendant violated his Pretrial Conditions of release, by leaving his residence without permission. The defendant is in the process of receiving a Criminal Summons issued by the Albuquerque Police Department for the charge: Threats/Use Phone to Terrify/Intimidate.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS FOR THE DEFENDANT**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **June 1, 2021**

*Krystle Avrit*
Krystle Avrit
United States Probation Officer
Place: Albuquerque, New Mexico